UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

GWEN BROWN,

    Plaintiff,

-vs-                                      Case No. 6:09-cv-490-Orl-28KRS

FLHP-MS, LLC, RAVI ROOPNARINE,
BHARDWAAJ SEECHARAN, RAVI
WORLD NEW HOMES, INC.,
GERGAWATTIE SEECHARAN, and
ANDY NASIR,

    Defendants.
_____

## ORDER

This case is before the Court on Plaintiff's Motion to Strike Defendants' Answer, and Require Corporate Defendant to Retain Counsel (Doc. No. 15) filed June 26, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted in part and denied in part.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed July 29, 2009 (Doc. No. 16) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

    2.    Plaintiff's Motion to Strike Defendants' Answer, and Require Corporate Defendant to Retain Counsel (Doc. No. 15) is **GRANTED in part** and **DENIED in part.**

3. The Answer to the Amended Complaint (Doc. No. 14) is **STRICKEN**.

4. Defendants shall have twenty (20) days from the date of this Order to file motions to set aside the defaults previously entered, if appropriate, and answers to the Amended Complaint.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 28 day of August, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party