# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

GWEN BROWN,

        Plaintiff,

-vs-                            Case No. 6:09-cv-490-Orl-28KRS

FLHP-MS, LLC, RAVI ROOPNARINE,
BHARDWAAJ SEECHARAN, RAVI
WORLD NEW HOMES, INC.,
GERGAWATTIE SEECHARAN,
SHAREEDA LAHASHMI and
ANDY NASIR,

        Defendants.
_____

## ORDER

This case is before the Court on Plaintiff's Motion to Drop Ravi World New Homes, Inc. as a Party Defendant, Without Prejudice (Doc. No. 36) filed November 19, 2009. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation. Therefore, it is **ORDERED** as follows:

    1.    That the Report and Recommendation filed November 24, 2009 (Doc. No. 37) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Drop Ravi World New Homes, Inc. as a Party Defendant, Without Prejudice is **GRANTED**. The claims against Defendant Ravi World New Homes, Inc. are dismissed without prejudice.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 27 day of December, 2009.

JOHN ANTOON II
United States District Judge

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party